# PURCHASE AGREEMENT

Hwy 40 Sports Bar, Inc. hereby agrees to sell and National Bar and Grill, Inc. agrees to purchase the following assets:

Alcohol and Tobacco Retailer Permit No. RR8425812

Alcohol and Tobacco Type II Gaming Endorsement No. GR8426550

The terms of this purchase shall be as follows: National Bar and Grill, Inc. shall pay to Hwy 40 Sports Bar, Inc. One Dollar ($1.00) and other valuable consideration in the form of providing employment to Shannon Foote for a period of one year at the salary she presently receives from Hwy 40 Sports Bar, Inc. As further consideration for the purchase of the above assets, National Bar and Grill, Inc. shall execute any and all documents necessary to transfer the above licenses into the name of National Bar and Grill, Inc. within ninety (90) days.

This Purchase Agreement shall become effective Friday, March 30, 2012 at 8:00 a.m.

In execution hereof, the President of Hwy 40 Sports Bar, Inc. and the President of National Bar and Grill, Inc. set their hands this ___29___ day of March, 2012.

HWY 40 SPORTS BAR, INC.

_____
Cathy Allison, President

ATTEST:

_____
Brandy Ingham, Secretary

NATIONAL BAR AND GRILL, INC.

_____
President

ATTEST:

_____
Secretary

STATE OF INDIANA    )
                    : SS
COUNTY OF VIGO      )

On this 29th day of March, 2012 before me, the undersigned, a Notary Public in and for said County, personally appeared, Cathy Allison and Brandy Ingham, president and Secretary respectively of Hwy 40 Sports Bar, Inc., and Keith A. Richey and Jamie M. Richey, Co-Members of Richey Real Estate LLC, and acknowledged the execution of the foregoing instrument.

WITNESS my hand and official seal.

*Pamela J Kappel* (signature)

Pamela J Kappel
Notary Public Seal State of Indiana
Vigo County
My Commission Expires 09/24/2016